UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.T.,<br><br>                Petitioner,<br><br>      v.<br><br>LAURA HERMOSILLO, et al.,<br><br>                Respondent(s). | CASE NO. C25-2249-KKE<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE |

Petitioner has filed a 28 U.S.C. § 2241 habeas petition, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and requested an expedited briefing schedule on that petition. Dkt. No. 2. Having reviewed the petition, the Court GRANTS Petitioner's motion for an expedited briefing schedule as follows:

(1)     The Clerk shall arrange for service upon Respondents of copies of the petition and of this Order, by registered or certified mail, return receipt requested. The Clerk is further directed to email a copy of this order to usawaw.habeas@usdoj.gov.

(2)     No later than **November 19, 2025**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondents may file any arguments that seek to dismiss the petition

along with the return but shall not separately note a motion to dismiss under Local Rules W.D. Wash. LCR 7(d).

(3)     The Clerk shall note the return for consideration no earlier than November 24, 2025. Petitioner may file a traverse and response no later than **November 24, 2025**. Respondents shall not file a reply brief unless requested by the Court.

(4)     If the parties agree to an alternate briefing schedule, they shall file a stipulated motion to modify the deadlines set forth in this order. *See* Dkt. No. 7.

(4)     Unless otherwise ordered by this Court, Petitioner shall not be moved outside of the Western District of Washington without first providing advance notice of the intended move. Such notice must be filed in writing and on the docket in this proceeding and must state the reason that the Respondents believe that such a move is necessary and should not be stayed pending further court proceedings. Once that notice has been filed on the docket, Petitioner shall not be moved out of the District for a period of at least 48 hours from the time of the docketing. If the 48-hour period would expire on a weekend or legal holiday, the period continues to run until the same time on the next day that is not a weekend or legal holiday. Fed. R. Civ. P. 6(a)(2)(C). This period may be shortened or extended as appropriate by further Court order.

(5)     If Respondents have already moved Petitioner outside of this District, Respondents are ordered to notify the Court within 24 hours of being served with this Order. Such notice must be filed in writing and on the docket in this proceeding. In addition, Respondents are further ordered to state in any such notice the exact date and time that Petitioner left the Western District of Washington and the reason why Respondents believed that such a move was immediately necessary.

ORDER GRANTING PETITIONER'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE - 2

(6)     To expedite Respondents' ability to file a Response to the Petition, Petitioner is directed to share his "Alien Registration Number" (if known) with Respondents within 24 hours of the filing of this Order.

Dated this 12th day of November, 2025.

Kymberly K. Evanson
United States District Judge