District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.T., <br><br> Petitioner, <br><br> v. <br><br> LAURA HERMOSILLO *et al.*, <br><br> Respondents. | Case No. 2:25-cv-02249-KKE <br><br> STIPULATED MOTION AND ORDER ON BRIEFING SCHEDULE |

Pursuant to this Court's Order (Dkt. No. 7), Petitioner and Federal Respondents[1] submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo the motion for a temporary restraining order ("TRO") (Dkt. No. 3) in favor of expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. Dkt. No. 1. This would allow the parties to brief the issues only once and for this Court to rule on the issues once.

The parties propose the following briefing schedule for the habeas petition:[2]

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | November 19, 2025 |

---

[1] Respondent Bruce Scott is not a federal employee and is not represented by the U.S. Attorney's Office.
[2] This briefing schedule mirrors the schedule ordered by the Court. Dkt. No. 12.

STIPULATED MOTION AND ORDER ON BRIEFING SCHEDULE
[Case No. 2:25-cv-02249-KKE-BAT] - 1

| Petitioner's Response | November 24, 2025 |

Federal Respondents agree to not transfer Petitioner to another facility until this Court reaches a decision on the expedited habeas briefing.

Petitioner further agrees to withdraw the pending TRO motion (Dkt. No. 3).

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 12th day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Federal Respondents*

*I certify that this memorandum contains 177 words, in compliance with the Local Civil Rules.*

s/Philip Smith
PHILIP SMITH,* OSB No. 981032
NELSON | SMITH, LLP
1123 SW Yamhill Street
Portland, Oregon 97205
Phone: (503) 224-8600
Email: philip@visaoregon.com
*Pro Hac Vice

s/Matt Adams
MATT ADAMS,* WSBA No. 28287
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, Washington 98104
Phone: (206) 957-8611
Email: matt@nwirp.org
*Counsel for Petitioner*

# ORDER

The Court GRANTS the parties' stipulated motion. Dkt. No. 13. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | November 19, 2025 |
| Petitioner's Response | November 24, 2025 |

As Petitioner has withdrawn the Motion for Temporary Restraining Order (Dkt. No. 3), the clerk is directed to TERMINATE it.

Federal Respondents shall not transfer Petitioner to any other facility until this Court decides the habeas petition.

DATED this 13th day of November, 2025.

Kymberly K. Evanson
United States District Judge