# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

P.T.,

                    Plaintiff(s),

    v.

LAURA HERMOSILLO, et al.,

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C25-2249-KKE

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS the habeas petition.  Dkt. No. 1.  The Court ORDERS that Petitioner shall be released from custody immediately and may not be re-detained until after a hearing is held (with adequate notice) to determine whether detention is appropriate.

Dated November 26, 2025.

Ravi Subramanian
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk